LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
jpm@bowwlaw.com

Orders: cjg@bowwlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Halima Osman, as Personal Representative of the Estate of Ali Osman; Muktar Yarow, an individual; and Hawal Nur Yusuf, an individual. <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, a public entity; Phoenix Police Department, a public entity; Chief Michael Sullivan, in his official and individual capacity; Officer Jesse Johnson, in his official and individual capacity; Officer Brennan Olachea, in his official and individual capacity, Officer Jared Gibson, in his official and individual capacity. John Does Officers I-X Jane Does Officers XI-XX. <br><br> Defendants. | Case No. 2:23-CV-00317-MTL <br><br> **NOTICE OF SERVICE OF DEFENDATS RULE 26.1 DISCLOSURE STATEMENT AND EXHIBITS** |

NOTICE IS HEREBY GIVEN that on June 14, 2023, Defendants, by and through counsel undersigned, served via e-mail on counsel of record for Plaintiffs the following:

1. Defendants Rule 26.1 Disclosure Statement with Exhibits

DATED this 14th day of June, 2023.

                BROENING OBERG WOODS & WILSON, P.C.


By */s/ Jessica J. Kokal*
   Jathan P. McLaughlin
   Jessica J. Kokal
   *Attorneys for Defendants*

COPY of the forgoing served via
CM/ECF filing this 14th day of June, 2023
to:

Quarracy L. Smith
**SMITH & GREEN, ATTORNEYS AT LAW, P.L.L.C.**
3101 North Central Avenue, Suite 690
Phoenix, Arizona 85012-2658
qsmith@smithgreenlaw.com
*Attorney for Plaintiffs*


By */s/ Monica Duran*

2