Quarracy L. Smith Bar No. 033515
**SMITH & GREEN**
**ATTORNEYS AT LAW, PLLC**
3101 North Central Avenue, Suite 690
Phoenix, AZ 85012
Telephone: (602) 812-4600
Fax: (602) 812-4660
Email: qsmith@smithgreenlaw.com
*Attorney for Plaintiffs*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Halima Osman, et. al., | Case No.: 2:23-CV-00317-MTL |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF PLAINTIFFS' MANDATORY INITIAL DISCLOSURE** |
| City of Phoenix, et al., | |
| Defendants. | |

The Plaintiffs, by and through undersigned counsel, hereby give this Court notice that they served Plaintiffs' Mandatory Initial Disclosure Statement upon Defendants' counsel via email on June 14, 2023.

**RESPECTFULLY SUBMITTED** this 14th day of June 2023.

*/s/Quacy L. Smith*
Quacy L Smith, Esq.
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2023, the foregoing document was emailed to:

Jessica K. Kokal
Jathan P. McLaughlin
jjk@bowwlaw.com
jpm@bowwlaw.com
Law Offices of Broening Oberg Woods & Wilson
2800 N. Central Ave., Suite 1600
Phoenix, Arizona 85004
Telephone: (602) 271-7700
*Attorneys for Defendants*