1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Quarracy L. Smith Bar No. 033515
**Smith & Green, Attorneys at Law, PLLC**
3101 North Central Avenue, Suite 700
Phoenix, AZ 85012
Telephone: (602) 812-4600
Fax: (602) 812-4660
Email: qsmith@smithgreenlaw.com
*Attorney for Plaintiffs*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Halima Osman, et. al.,

            Plaintiffs,

    vs

City of Phoenix, et. al.,

            Defendants.

Case No.: 2:23-CV-00317-MTL

**NOTICE OF DEPOSITION OF
DEFENDANT JESSE JOHNSON**

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs, by and through their attorney of record, Quacy Smith, will take the deposition, under oath, of Defendant Jesse Johnson.

    PLEASE TAKE FURHTER NOTICE that, pursuant to Federal Rules of Civil Procedure 30, Mr. Johnson's deposition will be recorded stenographically, videotaped, and audiotaped. The deposition videotape and audiotape are intended for possible use at trial pursuant to Federal Rules of Civil Procedure.

    The deposition will be taken upon oral examination of the person listed below at the time and place stated:

PERSON TO BE EXAMINED:   Jesse Johnson

DATE AND TIME OF EXAM:   August 21, 2023, 10:00a.m. – 5:00p.m.

PLACE:                   **Smith & Green, Attorneys at Law, PLLC**
3101 N. Central Ave, Suite 700
Phoenix, Arizona 85012

FORM OF RECORDING:       Court Reporter, Huseby Global Litigation

**RESPECTFULLY SUBMITTED** this 28th day of June 2023.

/s/Quacy L. Smith
Quacy L. Smith, Esq.
**Smith & Green, Attorneys at Law, PLLC**
*Attorney for Plaintiffs*

**ORIGINAL NOTICE** filed this 28th day of June 2023.

COPIES emailed on this 28th day of June 2023 to:

Jessica Kokal
Jathan McLaughlin
**Broening, Oberg, Woods & Wilson PC**
2800 N. Central Ave., Suite 1600
Phoenix, Arizona 85004
Telephone: (602) 271-7739
jjk@bowwlaw.com
jpm@bowwlow.com
*Attorneys for Defendants*