```
                    LAW OFFICES
         BROENING OBERG WOODS & WILSON
              PROFESSIONAL CORPORATION
         2800 N. CENTRAL AVENUE, SUITE 1600
                PHOENIX, ARIZONA 85004
                    (602) 271-7700
```

Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
jpm@bowwlaw.com

Orders: cjg@bowwlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Halima Osman, as Personal Representative of the Estate of Ali Osman; Muktar Yarow, an individual; and Hawal Nur Yusuf, an individual. <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, a public entity; Phoenix Police Department, a public entity; Chief Michael Sullivan, in his official and individual capacity; Officer Jesse Johnson, in his official and individual capacity; Officer Brennan Olachea, in his official and individual capacity, Officer Jared Gibson, in his official and individual capacity. John Does Officers I-X Jane Does Officers XI-XX. <br><br> Defendants. | Case No. 2:23-CV-00317-MTL <br><br> **NOTICE OF APPEARANCE** |

Defendants, through counsel, hereby give notice that Danielle N. Chronister of the law firm Broening Oberg Woods & Wilson, PC is appearing as counsel for Defendants in this matter. Please direct all future correspondence, pleadings, minute entry and orders to:

1
2   Jessica J. Kokal, No. 029042
3   Jathan P. McLaughlin, No. 028065
    Danielle N. Chronister, No. 034738
4   Broening Oberg Woods & Wilson, PC
    2800 N. Central Avenue, Suite 1600
5   Phoenix, Arizona 85004
    jjk@bowwlaw.com
6   jpm@bowwlaw.com
    dnc@bowwlaw.com

7   RESPECTFULLY SUBMITTED this 10th day of July, 2023.

8                                           BROENING OBERG WOODS & WILSON, P.C.

9

10                                          By */s/ Danielle N. Chronister*
                                               Jathan P. McLaughlin
11                                             Jessica J. Kokal
                                               Danielle N. Chronister
12                                             *Attorneys for Defendants*

13  COPY of the forgoing e-mailed
    this 10th day of July, 2023 to:
14
    Quarracy L. Smith
15  **SMITH & GREEN, ATTORNEYS AT LAW, P.L.L.C.**
    3101 North Central Avenue, Suite 690
16  Phoenix, Arizona 85012-2658

17  qsmith@smithgreenlaw.com
    *Attorney for Plaintiffs*
18

19
    By */s/ Shari L. Swartz*
20

21

22

23

24

25

26