LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
jpm@bowwlaw.com

Orders: cjg@bowwlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Halima Osman, as Personal Representative of the Estate of Ali Osman; Muktar Yarow, an individual; and Hawal Nur Yusuf, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a public entity; Phoenix Police Department, a public entity; Chief Michael Sullivan, in his official and individual capacity; Officer Jesse Johnson, in his official and individual capacity; Officer Brennan Olachea, in his official and individual capacity, Officer Jared Gibson, in his official and individual capacity. John Does Officers I-X Jane Does Officers XI-XX.<br><br>Defendants. | Case No. 2:23-CV-00317-MTL<br><br>**NOTICE OF SETTLEMENT** |

Defendants, by and through undersigned counsel, hereby provides Notice to the Court that Plaintiffs and Defendants have reached an amicable settlement in this matter. It is anticipated that the settlement will be finalized by late September.  The appropriate

Stipulation to Dismiss and settlement documents will thereafter be submitted to the Court.  As such, it is further requested that this matter be placed on the dismissal calendar for a date in October.

DATED this 31st day of July 2023.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jathan P. McLaughlin
Jessica J. Kokal
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with copies submitted by U.S. Mail to the following recipients:
to:

Quarracy L. Smith
**SMITH & GREEN, ATTORNEYS AT LAW, P.L.L.C.**
3101 North Central Avenue, Suite 690
Phoenix, Arizona 85012-2658
qsmith@smithgreenlaw.com
*Attorney for Plaintiffs*

*/s/ Monica Duran*

2